**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1727**

---

In re:  SABRINA D. DAVIS,

        Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Greenville.  (6:16-cv-03100-TMC)

---

Submitted:  July 29, 2025                                        Decided:  August 1, 2025

---

Before KING, WYNN, and BERNER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Sabrina D. Davis, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sabrina D. Davis petitions for a writ of mandamus, seeking an order instructing the district court to enforce a South Carolina state court order, which Davis asserts conflicts with the district court's 2017 order resolving the underlying civil case. We conclude that Davis is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Mandamus may not be used as a substitute for appeal, *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007), and relief is available only when the petitioner has "a clear and indisputable right" to the relief sought and "has no other adequate means to attain the relief [she] desires," *Murphy-Brown*, 907 F.3d at 795 (citation modified).

The relief Davis seeks is not available by way of mandamus. Accordingly, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2